**Theresa Ann DOBBS, Plaintiff–Appellant,**

**v.**

**Lupe VALDEZ, in her official capacity as Sheriff of the County of Dallas, Texas, Defendant–Appellee.**

No. 08–11063
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 1, 2009.

Charles W. McGarry, Law Office of Charles McGarry, Dallas, TX, for Plaintiff–Appellant.

Dolena Tutt Westergard, District Attorney's Office, Dallas, TX, for Defendant–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before DAVIS, GARZA and PRADO, Circuit Judges.

PER CURIAM: *

We agree with the district court that even if Dobbs' extended detention by county and city officials amounted to a constitutional violation, no summary judgment evidence established any official policy or custom by the city or sheriff sanctioning such violations.

We therefore affirm the judgment of the district court for this reason and the additional reasons advanced by the district court in its careful Memorandum Opinion and Order of July 3, 2008.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.